

| | | |
|---|---|---|
| Edward Gray | 13CV6360 | United States |
| V. | JUDGE GUZMAN | District Court |
| United States Government | MAG. JUDGE COX | Northern District |
| | | Of Illinois |

## Compliant

A. I had a operation at Jessie Brown, Vamc on April 06, 2011

    1. Had prostatectomy surgery

    2. Rush in operation room

    3. Gave me two infection, I almost died

    4. They left a hole in my urethra

    5. I went home with a stomach pump

B. It was medical negligence on the doctors

C. Doctor didn't want to tell me text result

D. The medical center priest came to my room, because he heard they wasn't telling me nothing

E. I had a tort claim against the U.S government for $200,000. They denied my claim two time

So now I want a federal district court for Judicial Consideration.

**FILED**
SEP X 5 2013
Sep 6. 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Edward Gray*
Edward Gray
P.O. Box 291030
Chicago, IL 60629
1-708-908-0584



DEPARTMENT OF VETERANS AFFAIRS
Office of the General Counsel
Washington DC 20420

MAR, 22 2013

**CERTIFIED MAIL**

Mr. Edward Gray
P.O. Box 291030
Chicago, Illinois 60629

In Reply Refer To:

021B:JAW:17193

Subject:   Administrative Tort Claim - Request for Reconsideration

Dear Mr. Gray:

Our office has now completed our reconsideration of the above-referenced matter under the Federal Tort Claims Act (FTCA), and it is again denied. The FTCA provides a legal remedy enabling an individual to recover damages under circumstances where the United States, if it were a private person, would be liable. Our review, which included review of an opinion provided by a urologist who was not involved in your care but is familiar with the surgery you had, revealed no evidence of any negligent or wrongful act or omission on the part of a Department of Veterans Affairs (VA) employee acting within the scope of his or her employment that resulted in harm to you from your prostatectomy surgery on April 6, 2011, or your subsequent VA care.

Further action on this matter may be instituted in accordance with the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code, which provides, in effect, that a tort claim that is administratively denied may be presented to a Federal district court for judicial consideration. Such a suit must be initiated, however, within 6 months after the date of mailing of this notice of final denial as shown by the date of this letter (section 2401(b), title 28, United States Code). If such a suit is filed, the proper party defendant would be the United States, not VA.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

We sincerely regret your difficult post-surgical course, and your dissatisfaction with your VA care; however, we do not find your claim to be legally compensable.

Sincerely yours,

*Kathryn Simpson*
*for*
E. Douglas Bradshaw, Jr.
Assistant General Counsel

cc: VA Regional Counsel, Hines, Illinois