## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Edward Gray

                      Plaintiff,

v.                                        Case No.: 1:13−cv−06360
                                                          Honorable Ronald A. Guzman

United States Government

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff not in court. Status hearing held on 5/7/2014. Motion by Defendant United States Government to dismiss [31] is granted. It is hereby ordered that this case is dismissed. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.