**FILED**

SEP 1 9 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EDWARD GRAY )
Plaintiff )
)
)
)
v. )
)
UNITED STATES GOVERNMENT )
Defendant )

Case No. 1:13-CV-06360

Judge HON. RONALD A. GUZMAN

### Notice of Appeal

Notice is hereby given that (Plaintiff/Defendant) in the above captioned case, appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's entry of judgment in favor of (Plaintiff/Defendant) on (Date).

Signature *Edward Gray*
Name EDWARD GRAY
Address P.O. Box 291030
Phone number
CHICAGO, IL 60629
708-908-0584